HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

        Plaintiff,

    vs.

LAMOINE WADDLE,

        Defendant.

Cause No.  22-149 RSM

***EX PARTE* ORDER DIRECTING ISSUANCE OF SUBPOENA TO OUT OF DISTRICT WITNESS**

This matter comes before the Court on Defendant's Motion for the issuance of a subpoena to out-of-district witness Wayne Waddle pursuant to Federal Criminal Rule 17(b).  The Court finds that the Defendant is unable to pay witness fees and that the Defendant has made a sufficient showing that Mr. Waddle's proposed testimony is relevant to an issue in the case.  It is therefore ordered as follows:

*Gilbert H. Levy*
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington  98121
(206) 443-0670  Fax: (866) 471-6818

1.  The Clerk shall issue a subpoena compelling the attendance of witness Wayne Waddle at the hearing scheduled for June 5, 2026.  A copy of the subpoena is attached hereto as Exhibit 1.

2.  The United States Marshall Service is directed to serve the subpoena on Mr. Waddle

3.  Witness fees shall be paid by the U.S. Marshal Service as provided in Title 28 United Sates Code §1825.

DATED THIS 1st day of June, 2026.

HON. RICARDO S. MARTINEZ
U.S. DISTRICT COURT JUDGE

Presented by:


/s/Gilbert H. Levy
Gilbert H. Levy, WSBA #4805
Attorney for Defendant

*EX PARTE* ORDER DIRECTING
ISSUANCE OF SUBPOENA TO OUT OF
DISTRICT WITNESS - 2

**Gilbert H. Levy**
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington  98121
(206) 443-0670  Fax: (866) 471-6818